COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     SK Plymouth, LLC and SK E&P Operations America, LLC and Joey Jun v. Jean Elizabeth Simmons

Appellate case number:   01-19-00433-CV

Trial court case number:  2019-03233

Trial court:                   189th District Court of Harris County

On August 26, 2019, the Court issued an order that mentioned appellants' untimely June 10, 2019 notice of appeal and requested a motion for extension of time explaining the delay in filing the notice of appeal.

The clerk's office has now advised that a motion for extension of time to file the notice of appeal was tendered by appellants before the letter of assignment was received. The motion was mistakenly not posted to the appeal until August 27, 2019. The Court **grants** the motion.

All other deadlines set out in the order of August 26, 2019, remain effective.

It is so ORDERED.

Judge's signature: _____/s/ Richard Hightower_____
              ☑ Acting individually     ☐ Acting for the Court

Date:  __August 28, 2019_